UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT COPRORATION, a Washington Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CHARLIE'S ONE STOP COMPUTER CENTER INC., a Massachusetts corporation, MICHAEL AUCOIN, an individual, and CHARLIE'S ONE STOP COMPUTER CENTER II, INC., a Massachusetts corporation,<br><br>Defendants. | Cause No. 2:16-cv-00807 RSM<br><br><br>ORDER GRANTING STIPULATED MOTION TO EXTEND TIME TO RESPOND TO SECOND AMENDED COMPLAINT |

This Court, having received and reviewed the parties Stipulation for Extension of Time to Respond to Complaint, HEREBY extends the time for all defendants to respond to the Second Amended Complaint to and including July 10, 2017.

Dated this 16th day of June 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING
DEFENDANTS EXTENDED TIME TO
RESPOND TO COMPLAINT - 1

MANN LAW GROUP
1218 Third Avenue, Suite 1809
Seattle, WA 98101
TELEPHONE: 206.436-0900

Stipulated and Presented by:

| DAVIS WRIGHT TREMAINE | MANN LAW GROUP |
|---|---|
| Attorneys for Plaintiff Microsoft Corp. | Attorneys for Defendants |

By:

/Bonnie MacNaughton                    /Philip P. Mann                

Bonnie E. MacNaughton, WSBA # 36110    Philip P. Mann, WSBA # 28860
Jordan Clark, WSBA # 49659
Davis Wright Tremaine                  Mann Law Group
1201 Third Avenue, Suite 2200          1218 Third Avenue, Suite 1809
Seattle, Washington  98101-3045        Seattle, WA 98101
(206) 622-3150                         (206) 436-0900
Fax (206) 757-7700                     Fax (866) 341-5140
bonniemacnaughton@dwt.com              phil@mannlawgroup.com
jordanclark@dwt.com


MARTIN DAVIS PLLC

Attorneys for Charlie's II

By:

/David Otto                    

David Otto, WSBA #20560
Lachlan Huck, WSBA #49708
Martin Davis PLLC
1200 Westlake Ave N, Suite 802
Seattle, WA 98109
Tel: (206) 829-8015
Fax: (206) 400-2712
Email: dotto@martindavislaw.com
       lhuck@martindavislaw.com

ORDER GRANTING DEFENDANTS
EXTENDED TIME TO RESPOND TO
COMPLAINT - 2

MANN LAW GROUP
1218 Third Avenue, Suite 1809
Seattle, WA  98101
TELEPHONE:  206.436.0900